# EXHIBIT B

## NOTICE OF MECHANICS LIEN
State of Vermont

Sent To:  **Hermitage Inn Real Estate Holding Co., LLC**
**10 Gatehouse Trail**
**West Dover, VT 05356**

And filed with the Town Clerk for the Town of West Dover, Windham County.  Pursuant to 9 V.S.A. § 1921-1928, this is your notice that the undersigned party claims a lien upon the property, land and premises owned by you and described as follows:  **The Hotel Hermitage 10 Gatehouse Trail, West Dover, VT 05356.**

State of Vermont, County of Windham

A lien is claimed against this property for architectural services provided by Bull Stockwell Allen between February 2015 and March 10, 2016.  The lien is claimed in the amount of **$338,717.81**.  The services described herein were provided to the following party, who hired the undersigned claimant:

> Mr. James Barnes
> President
> The Hermitage Club at Haystack Mountain
> 10 Gatehouse Trail
> West Dover, VT 05356

The last of the herein described services were provided on March 10, 2016, and the debt for these services first became due and payable April 10, 2016, and the debt is currently unpaid and still due and owing to the undersigned.

Dated at Burlington, Vermont this 24th day of June, 2016.

DOWNS RACHLIN MARTIN PLLC

By: _____
Marc Heath
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
Telephone: (802) 863-2375
Fax: (802) 862-7512

ATTORNEYS FOR BULL STOCKWELL ALLEN

16771606.1