U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 FEB -8 PM 1:34

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BSA ARCHITECTS D/B/A BULL )
STOCKWELL ALLEN )
                      Plaintiff, )
                              )
                v. )   Case No. 2:16-cv-00198-cr
                              )
HERMITAGE INN REAL ESTATE HOLDING )
CO., LLC, )
                      Defendant.

## STIPULATION OF JUDGMENT

Plaintiff BSA Architects d/b/a Bull Stockwell Allen ("BSA") and Defendant Hermitage Inn Real Estate Holding Co., LLC ("Hermitage") jointly stipulate as follows:

1. On July 12, 2016, BSA sued Hermitage for breach of contract, unjust enrichment, and mechanics' lien for unpaid architectural services. The parties have subsequently entered into a written Settlement Agreement.

2. Pursuant to written Settlement Agreement, BSA and Hermitage hereby stipulate to an entry of judgment for BSA and against Hermitage in the amount of $430,000.00.

Downs
Rachlin
Martin PLLC

Dated at Burlington, Vermont on this 2nd day of February, 2017.

DOWNS RACHLIN MARTIN PLLC

By _____
Marc B. Heath
Samantha V. Lednicky
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
Fax: 802-862-7512

ATTORNEYS FOR PLAINTIFF BSA ARCHITECTS D/B/A BULL STOCKWELL ALLEN

FISHER & FISHER LAW OFFICES, P.C.

By _____
Robert M. Fisher, Esq.
114 Main St.
P.O. Box 621
Brattleboro, VT 05302-0621
Telephone: 802-254-4488
Fax: 802-254-6148

## JUDGMENT ORDER

Pursuant to the stipulation of the parties, Judgment is hereby entered for Plaintiff against Defendant in this matter in the amount of $430,000.

_____   2/8/17
Chief Judge Christina Reiss     Date

17248711.1

JUDGMENT ENTERED ON DOCKET
DATE:   February 8, 2017